June 23, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

THE KROGER CO., KROGER TEXAS L.P., AND DAVID MICHAEL WELSH,
Appellants

NO. 14-13-01135-CV                    V.

AMERICAN ALTERNATIVE INSURANCE CORPORATION, AS SUBROGEE
OF SPRING VOLUNTEER FIRE ASSOCIATION, Appellee

_____

This cause, an appeal from the judgment signed on September 24, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**. We order appellants, The Kroger Co., Kroger Texas L.P., and David Michael Welsh, jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.